■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM WRIGHT, Appellant. [935 NYS2d 888]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Defendant's intent to injure the victims, as well as the other elements of the crimes, could be readily inferred from the evidence. Concur—Tom, J.P., Catterson, DeGrasse, Richter and Manzanet-Daniels, JJ.